1

# UNITED STATES DISTRICT COURT

2

## Northern District of California

3

4

TECHSHELL INC

No. C 11-04576 MEJ

5

Plaintiff(s),

**ORDER DIRECTING PARTIES TO
FILE CONSENT/DECLINATION
FORM**

v.

6

INCASE DESIGNS CORP

7

Defendant(s).

8

_____/

9

10    This civil case was randomly assigned to the undersigned magistrate judge for all purposes

11   including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are

12   designated to conduct any and all proceedings in a civil case, including trial and entry of final

13   judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate judge

14   may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner

15   as an appeal from any other judgment of a district court.

16    You have the right to have your case assigned to a United States District Judge for trial and

17   disposition.  Accordingly, the parties shall inform the Court whether they consent to magistrate

18   judge jurisdiction or request reassignment to a United States District Judge for trial.  A copy of both

19   the consent and declination forms may be obtained from the Northern District of California's website

20   at http://www.cand.uscourts.gov/.  From the homepage, choose "Forms" and then "Civil Forms."

21   The parties shall inform the Court of their decision by October 6, 2011.

22    **IT IS SO ORDERED.**

23

24   Dated: September 26, 2011

25    _____
     Maria-Elena James
     Chief United States Magistrate Judge

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**