1  C. Todd Norris, SBN 181337
   E-Mail: todd.norris@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701

5  Stephen R. Risley (Pro Hac Vice Applicant)
   E-mail: srisley@srtslaw.com
6  SENTRY LAW GROUP
   Two Ravinia Drive, Suite 700
7  Atlanta, Georgia 30346
   Telephone: 770.709.0080
8  Facsimile: 770.804.0900

9  Attorneys for Plaintiff
   TECHSHELL, INC.
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHSHELL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INCASE DESIGNS CORPORATION, a California corporation; BEST BUY STORES, LP; BEST BUY, CORPORATION, INC.; BESTBUY.COM, LLC,<br><br>Defendants. | Case No.: CV11-4576 CW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN R. RISLEY *PRO HAC VICE* |

Stephen R. Risley, an active member in good standing of the bar of Georgia whose business address and telephone is:

Stephen R. Risley
Sentry Law Group
Two Ravinia Drive, Suite 700
Atlanta, Georgia 30346
Tel: 770.709.0080
Fax: 770.804.0900
E-mail: srisley@srtslaw.com

1     Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff TECHSHELL, INC.,

    IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements set forth in General Order No. 45, *Electronic Case Filing*.

DATED:   1/3/2012

BY: _____
UNITED STATES DISTRICT COURT JUDGE