C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Stephen R. Risley (Pro Hac Vice Applicant)
E-mail: srisley@srtslaw.com
SENTRY LAW GROUP
Two Ravinia Drive, Suite 700
Atlanta, Georgia 30346
Telephone: 770.709.0080
Facsimile: 770.804.0900

Attorneys for Plaintiff
TECHSHELL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHSHELL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INCASE DESIGNS CORPORATION, a California corporation; BEST BUY STORES, LP; BEST BUY, CORPORATION, INC.; BESTBUY.COM, LLC,<br><br>Defendants. | Case No.: CV11-4576 CW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN R. RISLEY *PRO HAC VICE* |

Stephen R. Risley, an active member in good standing of the bar of Georgia whose business address and telephone is:

> Stephen R. Risley
> Sentry Law Group
> Two Ravinia Drive, Suite 700
> Atlanta, Georgia 30346
> Tel: 770.709.0080
> Fax: 770.804.0900
> E-mail: srisley@srtslaw.com

13647820.1                                  – 1 –
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN R. RISLEY
*PRO HAC VICE* - Case No.: CV11-4576 CW

1     Having applied in the above-entitled action for admission to practice in the Northern
2 District of California on a *pro hac vice* basis, representing Plaintiff TECHSHELL, INC.,
3     IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
4 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro
5 hac vice. Service of papers upon and communication with co-counsel designated in the
6 application will constitute notice to the party. All future filings in this action are subject to the
7 requirements set forth in General Order No. 45, *Electronic Case Filing*.

9 DATED:   1/3/2012

11 BY: *[signature: Claudia Wilken]*
12     UNITED STATES DISTRICT COURT JUDGE

13647820.1     – 2 –
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN R. RISLEY
*PRO HAC VICE* - Case No.: CV11-4576 CW