---
C. Todd Norris, SBN 181337
E-Mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Richard L. Sizemore (Pro Hac Vice Applicant)
E-mail: sizemore@loganjollysmith.com
LOGAN, JOLLY & SMITH, LLP
1805 North Boulevard
Anderson, SC 29621
Telephone: 864.226.1910
Facsimile: 864.226.1931

Attorneys for Plaintiff
TECHSHELL, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| TECHSHELL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INCASE DESIGNS CORPORATION, a California corporation; BEST BUY STORES, LP; BEST BUY, CORPORATION, INC.; BESTBUY.COM, LLC,<br><br>Defendants. | Case No.: CV11-4576 CW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY RICHARD L. SIZEMORE *PRO HAC VICE* |

Richard L. Sizemore, an active member in good standing of the bar of Georgia, South Carolina and North Carolina whose business address and telephone is:

Richard L. Sizemore
Logan, Jolly & Smith, LLP
1805 North Boulevard
Anderson, SC 29621
Tel: 864-226-1910
Fax: 864-226-1931
Email: sizemore@loganjollysmith.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff TECHSHELL, INC.,

– 1 –

13647820.1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY RICHARD L. SIZEMORE *PRO HAC VICE* - Case No.: CV11-4576 CW

1    IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms
2 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro
3 hac vice. Service of papers upon and communication with co-counsel designated in the
4 application will constitute notice to the party. All future filings in this action are subject to the
5 requirements set forth in General Order No. 45, *Electronic Case Filing*.

7 DATED: 1/3/2012

9                              By _____
                                  UNITED STATES DISTRICT COURT JUDGE