| | |
|---|---|
| C. Todd Norris, SBN 181337<br>BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108<br>Telephone: 415.352.2700<br>Facsimile . 415.352.2701<br>E-mail: todd.norris@bullivant.com | Brian E. Mitchell (SBN 199095)<br>Jigang Jin (SBN 239465)<br>MITCHELL + COMPANY, LAW OFFICES<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone:   (415) 766-3515<br>Facsimile:    (415) 402-0058<br>Email:         brian.mitchel@mcolawoffices.com |
| Stephen R. Risley<br>(Admitted Pro Hac Vice)<br>SMITH RISLEY TEMPEL SANTOS LLC<br>Two Ravinia Drive, Suite 700<br>Atlanta, GA 30346<br>Telephone: 770-709-0022<br>Email: srisley@srtslaw.com | Brandon Baum (SBN 121318)<br>BAUM LEGAL<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Phone: (650) 924-1032<br>Fax: (650) 561-8410 brandon@baumlegal.com |
| Michael T. Smith<br>Richard L. Sizemore<br>(Admitted Pro Hac Vice)<br>LOGAN, JOLLY, & SMITH, L.L.P.<br>1805 North Boulevard<br>Anderson, S.C. 29621<br>Telephone: (864) 226-1910<br>Email: msmith@loganjollysmith.com<br>Email: sizemore@loganjollysmith.com | Attorneys for Defendants and Counterclaimants<br>INCASE DESIGNS, INC., BEST BUY CO. INC.<br>BESTBUY.COM LLC and BEST BUY STORES LP |
| Attorneys for Plaintiff and Counter-<br>Defendant TECHSHELL, INC. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHSHELL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INCASE DESIGNS, INC. et al,<br><br>    Defendants. | **Case No. 4:11-cv-04576-YGR**<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Having reviewed the parties' Joint Submission of Proposed Deadlines (Dkt. No. 58), and good cause appearing, the Court hereby sets the following schedule in this action:

| EVENT | DATE |
|---|---|
| Case Management Statement Due | December 28, 2011 |
| Initial Case Management Conference | January 4, 2012 |
| Initial Disclosures | January 18, 2012 |
| Disclosure of Asserted Claims and Infringement Contentions [Patent L.R. 3-1] Document Production Accompanying Disclosure [Patent L.R. 3-2] | January 18, 2012 |
| Case Management Conference before Judge Rogers | February 8, 2012 |
| Invalidity Contentions [Patent L.R. 3-3] Document Production Accompanying Invalidity Contentions [Patent L.R. 3-4] | March 5, 2012 |
| Exchange of Proposed Terms and Claim Elements for Construction [Patent L.R. 4-1] | April 18, 2012 |
| Last day for parties to amend pleadings | March 30, 2012 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence [Patent L.R. 4-2] | May 9, 2012 |
| Disclosure of Claim Construction Expert Witnesses | May 9, 2012 |
| Joint Claim Construction and Pre-Hearing Statement [Patent L.R. 4-3] | June 4, 2012 |
| Completion of Claim Construction Discovery [Patent L.R. 4-4] | July 6, 2012 |
| Opening Claim Construction Briefs [Patent L.R. 4-5(a)] | July 18, 2012 |
| Responsive Claim Construction Briefs [Patent L.R. 4-5(b)] | August 1, 2012 |

PALDMS/448411.1

| | |
|---|---|
| Reply Claim Construction Briefs [Patent L.R. 4-5(c)] | August 8, 2012 |
| Claim Construction Hearing [Patent L.R. 4-6] | August 29, 2012 |
| Close of Fact Discovery | October 12, 2012 |
| Last Day to Serve Opening Expert Reports on Matters for Which a Party Has the Burden of Proof | November 12, 2012 |
| Last Day to Serve Rebuttal Expert Reports | November 26, 2012 |
| Last Day for Expert Discovery | January 11, 2013 |
| Last Day to Serve Motions for Summary Judgment | February 7, 2013 |
| Oppositions to Summary Judgment Motions due | March 4, 2013 |
| Replies to Summary Judgment Motions due | March 18, 2013 |
| Summary Judgment Motions to Be Heard By | April 2, 2013 |
| Joint Pretrial Conference Statement Due | June 7, 2013 |
| Pretrial Conference | June 21, 2013 at 9:00 a.m. |
| Trial | July 8, 2013 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  March 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2