UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHELL, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>INCASE DESIGNS CORP., et al.,<br><br>    Defendants. | Case No.: C-11-04576-YGR<br><br>**ORDER REGARDING SUPPLEMENTATION OF JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT** |

The parties have submitted a Joint Claim Construction and Pre-Hearing Statement ("Statement"). (Dkt. No. 63.) The Court requests supplementation of the Statement. For each claim to be construed, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same. The parties shall, either jointly or individually, supplement the previous Statement to include each party's impact statement for each claim to be construed. The supplemented Statement shall be filed no later than August 9, 2012.

**IT IS SO ORDERED.**

Dated: August 2, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**