C. Todd Norris, SBN 181337
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile . 415.352.2701
E-mail: todd.norris@bullivant.com

Stephen R. Risley
(Admitted Pro Hac Vice)
SMITH RISLEY TEMPEL SANTOS LLC
Two Ravinia Drive, Suite 700
Atlanta, GA 30346
Telephone: 770-709-0022
Email: srisley@srtslaw.com

Michael T. Smith
Richard L. Sizemore
(Admitted Pro Hac Vice)
LOGAN, JOLLY, & SMITH, L.L.P.
1805 North Boulevard
Anderson, S.C. 29621
Telephone: (864) 226-1910
Email: msmith@loganjollysmith.com
Email: sizemore@loganjollysmith.com

Attorneys for Plaintiff and Counter-
Defendant TECHSHELL, INC.

Brian E. Mitchell (SBN 199095)
Jigang Jin (SBN 239465)
MITCHELL + COMPANY
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone:    (415) 766-3515
Facsimile:    (415) 402-0058
Email:        brian.mitchel@mcolawoffices.com

Brandon Baum (SBN 121318)
AGILITY IP LAW
149 Commonwealth Drive
Menlo Park, CA 94025
Phone: (650) 924-1032
Fax: (650) 561-8410
Email: brandon@agilityiplaw.com

Attorneys for Defendants and Counterclaimants
INCASE DESIGNS, INC., BEST BUY CO. INC.
BESTBUY.COM LLC and BEST BUY STORES LP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHSHELL, INC., <br><br> Plaintiff, <br><br> v. <br><br> INCASE DESIGNS, INC. et al, <br><br> Defendants. | **Case No. 4-11-cv-04576-YGR** <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND ANSWERS AND COUNTERCLAIMS** |

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT

Plaintiff and Counter-Defendant Techshell Inc. ("Techshell"), Defendant and Counterclaimant Incase Designs Inc. ("Incase"), and Defendants Best Buy Company Inc., BestBuy.com LLC and Best Buy Stores LP (the "Best Buy Defendants") stipulate as follows:

1. Discovery in this matter is ongoing;

2. Incase and the Best Buy Defendants have recently identified certain facts during discovery that, they assert, would support a defense based on inequitable conduct and, for Incase, a corresponding counterclaim;

3. The Best Buy Defendants seek leave from this Court to amend their responsive pleading to include such a defense. Incase seeks leave from this Court to amend its responsive pleading to include such a defense and related counterclaim;

4. Techshell, while disputing the validity of such a defense, does not object to these amendments;

5. The parties agree that amendment will not delay in the orderly resolution of this matter including but not limited to any postponement of the July 8, 2013 trial date.

6. Accordingly, Techshell and Incase stipulate that Incase may amend its Answer and Counterclaims, in the form of the attached Exhibit A.

7. Accordingly, Techshell and the Best Buy Defendants stipulate that the Best Buy Defendants may amend their Answer, in the form of the attached Exhibit B.

SO STIPULATED:

  /s/ *Stephen R. Risley*  
Stephen R. Risley  
SMITH RISLEY TEMPEL SANTOS LLC  
Two Ravinia Drive, Suite 700  
Atlanta, GA 30346  
Telephone: 770-709-0022  
Email: srisley@srtslaw.com  

Attorney for Techshell, Inc.

  /s/ *Brian E. Mitchell*  
Brian E. Mitchell  
MITCHELL + COMPANY  
4 Embarcadero Center, Suite 1400  
San Francisco, CA 94111  
Telephone:    (415) 766-3515  
Email: brian.mitchel@mcolawoffices.com  

Attorney for Incase Designs, Inc., Best Buy Company Inc., BestBuy.com LLC and Best Buy Stores LP

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

1

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __August 10__, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

2

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

## ATTESTATION OF CONCURRENCE

I, Brian E. Mitchell, hereby attest that I am one of the attorneys for Defendants, and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatory.

Dated: August 3 2012          By:     /s/ *Brian E. Mitchell*

3

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT