| | |
|---|---|
| C. Todd Norris, SBN 181337<br>BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800<br>San Francisco, California 94108<br>Telephone: 415.352.2700<br>Facsimile . 415.352.2701<br>E-mail: todd.norris@bullivant.com | Brian E. Mitchell (SBN 199095)<br>Jigang Jin (SBN 239465)<br>MITCHELL + COMPANY<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone:   (415) 766-3515<br>Facsimile:   (415) 402-0058<br>Email:   brian.mitchel@mcolawoffices.com |
| Stephen R. Risley<br>(Admitted Pro Hac Vice)<br>SMITH RISLEY TEMPEL SANTOS LLC<br>Two Ravinia Drive, Suite 700<br>Atlanta, GA 30346<br>Telephone: 770-709-0022<br>Email: srisley@srtslaw.com | Brandon Baum (SBN 121318)<br>AGILITY IP LAW<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>Phone: (650) 924-1032<br>Fax: (650) 561-8410<br>Email: brandon@agilityiplaw.com |
| Michael T. Smith<br>Richard L. Sizemore<br>(Admitted Pro Hac Vice)<br>LOGAN, JOLLY, & SMITH, L.L.P.<br>1805 North Boulevard<br>Anderson, S.C. 29621<br>Telephone: (864) 226-1910<br>Email: msmith@loganjollysmith.com<br>Email: sizemore@loganjollysmith.com | Attorneys for Defendants and Counterclaimants<br>INCASE DESIGNS, INC., BEST BUY CO. INC.<br>BESTBUY.COM LLC and BEST BUY STORES LP |
| Attorneys for Plaintiff and Counter-<br>Defendant TECHSHELL, INC. | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHSHELL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>INCASE DESIGNS, INC. et al,<br><br>    Defendants. | **Case No. 4-11-cv-04576-YGR**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND ANSWERS AND COUNTERCLAIMS** |

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT

Plaintiff and Counter-Defendant Techshell Inc. ("Techshell"), Defendant and Counterclaimant Incase Designs Inc. ("Incase"), and Defendants Best Buy Company Inc., BestBuy.com LLC and Best Buy Stores LP (the "Best Buy Defendants") stipulate as follows:

1. Discovery in this matter is ongoing;

2. Incase and the Best Buy Defendants have recently identified certain facts during discovery that, they assert, would support a defense based on inequitable conduct and, for Incase, a corresponding counterclaim;

3. The Best Buy Defendants seek leave from this Court to amend their responsive pleading to include such a defense. Incase seeks leave from this Court to amend its responsive pleading to include such a defense and related counterclaim;

4. Techshell, while disputing the validity of such a defense, does not object to these amendments;

5. The parties agree that amendment will not delay in the orderly resolution of this matter including but not limited to any postponement of the July 8, 2013 trial date.

6. Accordingly, Techshell and Incase stipulate that Incase may amend its Answer and Counterclaims, in the form of the attached Exhibit A.

7. Accordingly, Techshell and the Best Buy Defendants stipulate that the Best Buy Defendants may amend their Answer, in the form of the attached Exhibit B.

SO STIPULATED:

| | |
|---|---|
| /s/ *Stephen R. Risley* <br> Stephen R. Risley <br> SMITH RISLEY TEMPEL SANTOS LLC <br> Two Ravinia Drive, Suite 700 <br> Atlanta, GA 30346 <br> Telephone: 770-709-0022 <br> Email: srisley@srtslaw.com <br><br> Attorney for Techshell, Inc. | /s/ *Brian E. Mitchell* <br> Brian E. Mitchell <br> MITCHELL + COMPANY <br> 4 Embarcadero Center, Suite 1400 <br> San Francisco, CA 94111 <br> Telephone:   (415) 766-3515 <br> Email: brian.mitchel@mcolawoffices.com <br><br> Attorney for Incase Designs, Inc., Best Buy Company Inc., BestBuy.com LLC and Best Buy Stores LP |

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

1

Case No. 3:11-cv-04576-YGR
STIP. AND [~~PROPOSED~~] ORDER RE AMENDMENT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __August 10__, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

2

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT

## **ATTESTATION OF CONCURRENCE**

I, Brian E. Mitchell, hereby attest that I am one of the attorneys for Defendants, and, as the ECF user and filer of this document, I attest that, pursuant to General Order No. 45(X)(B), concurrence in the filing of this document has been obtained from the above signatory.

Dated: August 3 2012             By:      /s/ *Brian E. Mitchell*

Mitchell + Company
4 Embarcadero Ctr.
Suite 1400
San Francisco, CA 94111

3

Case No. 3:11-cv-04576-YGR
STIP. AND [PROPOSED] ORDER RE AMENDMENT