UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHSHELL, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>INCASE DESIGNS CORP., et al.,<br><br>    Defendants. | Case No.: C-11-04576-YGR<br><br>**ORDER REGARDING PLAINTIFF'S SUPPLEMENTAL BRIEF AND EVIDENCE** |

As discussed during the *Markman* hearing on August 29, 2012, the Court will permit Plaintiff to submit additional evidence regarding the qualifications of a person having ordinary skill in the art. Plaintiff may submit a supplemental brief, not to exceed three (3) pages, to explain the evidence submitted. Plaintiff shall file its supplemental brief and evidence by September 12, 2012.

**IT IS SO ORDERED.**

Dated: August 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**